**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

PAUL BENNETT, INDIVIDUALLY AND AS )
REPRESENTATIVE OF THE ESTATE OF )
CHRISTOPHER THOMAS BENNETT, )
                               )
      Plaintiff,                  )
                               )      **CIVIL ACTION NO. 2:10-CV-00013**
vs.                             )
                               )
FORD MOTOR COMPANY,        )
                               )
      Defendant.              )

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs, Paul Bennett, Individually, as Representative of the Estate of Christopher Thomas Bennett, Deceased, and on behalf of all persons entitled to recover for the death of Christopher Thomas Bennett, Deceased, under the Texas Wrongful Death/Survival Acts, and Defendant, Ford Motor Company.

It is, THEREFORE, ORDERED by the Court that pursuant to the settlement of all claims by this Plaintiff against Ford Motor Company, Plaintiff's claims against Ford Motor Company are hereby dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1), with costs taxed against the parties incurring same.

SIGNED this 3rd day of August, 2010.

_T. John Ward_

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:

PAYNE MITCHELL LAW GROUP
2911 Turtle Creek Blvd, Suite 1400
Dallas, Texas 75219-
(214) 252-1888
(214) 252-1889 (fax)

By: _____
    Andrew L. Payne
    State Bar No. 00791416

ATTORNEYS FOR PLAINTIFFS

THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Avenue, Suite 1500
Austin, Texas  78701
512-708-8200
512-708-8777 TELECOPIER

By: _____
    Ronald D. Wamsted
    State Bar No. 20832000          SBN 00796334

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY